Matter of Nose v Savage (2023 NY Slip Op 03162)

Matter of Nose v Savage

2023 NY Slip Op 03162

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, OGDEN, AND GREENWOOD, JJ.

552 CAF 22-01719

[*1]IN THE MATTER OF DANA NOSE, PETITIONER-APPELLANT,
v
WILLIAM SAVAGE, DECEASED, RESPONDENT-RESPONDENT. 

BRIAN R. WELSH, PLLC, WILLIAMSVILLE (BRIAN R. WELSH OF COUNSEL), FOR PETITIONER-APPELLANT.
VENZON LAW FIRM PC, BUFFALO (CATHARINE M. VENZON OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from an order of the Family Court, Erie County (Brenda M. Freedman, J.), entered March 24, 2022, in a proceeding pursuant to Family Court Act article 4. The order dismissed the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court